JOAN A. KINNEY *v*. STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Roger J. Frechette,* in support of the petition.

*Brewster Blackall,* assistant attorney general, in opposition.

Decided May 10, 1990

AFSCME, COUNCIL 15, LOCAL 1159, ET AL. *v*.
CITY OF BRIDGEPORT

The plaintiff Rudolph P. Kurowski's petition for certification for appeal from the Appellate Court, 21 Conn. App. 28, is dismissed.

*Rudolph P. Kurowski,* pro se, in support of the petition.

Decided May 10, 1990

GREGLON INDUSTRIES, INC. *v*.
A. HUNTER BOWMAN ET AL.

The defendants A. Hunter Bowman's and Carolyn R. Bowman's petition for certification for appeal from the Appellate Court, 21 Conn. App. 131, is denied.

*A. Hunter Bowman* and *Carolyn R. Bowman,* pro se, in support of the petition.

*Myra L. Graubard,* in opposition.

Decided May 10, 1990